UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRICIA A.K. BARTLETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. 2:16-CV-01294-RBL-DWC<br><br>ORDER VACATING REPORT AND RECOMMENDATION |

The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Plaintiff filed an Application to Proceed *In Forma Pauperis* on August 17, 2016. *See* Dkt. 1.

Plaintiff was ordered to show cause, or, in the alternative, submit a revised Application or pay the filing fee, on or before September 9, 2016. Dkt. 2. The Clerk's Office received Plaintiff's $400.00 filing fee on September 2, 2016. Between the date Plaintiff's filing fee was received by the Clerk's Office and the date receipt of the fee was docketed, the undersigned entered a Report and Recommendation finding Plaintiff had failed to comply with the Court's Order to Show Cause and recommending Plaintiff's Application to Proceed *In Forma Pauperis* be denied. *See*

1 | Dkt. 4. As Plaintiff has paid the $400.00 filing fee, the undersigned vacates the Report and

2 | Recommendation (Dkt. 4).

3 |     Dated this 12th day of September, 2016.

*[signature]*

David W. Christel
United States Magistrate Judge